UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

                  ORDER
 v.                 11-CR-267A

SCOTT J. BALD,
       Defendant.

   The above-referenced case was referred to Magistrate Judge Hugh B. Scott, pursuant to 28 U.S.C. § 636(b)(1)(B). On December 30, 2011, Magistrate Judge Scott filed a Report and Recommendation, recommending that the defendant's motion to suppress be denied as moot.

   The Court has carefully reviewed the Report and Recommendation, the record in this case, and the pleadings and materials submitted by the parties, and no objections having been timely filed, it is hereby

   ORDERED, that pursuant to 28 U.S.C. § 636(b)(1), and for the reasons set forth in Magistrate Judge Scott's Report and Recommendation, defendant's motion to suppress is denied as moot.

   The case is referred back to Magistrate Judge Scott for further proceedings.

   SO ORDERED.

              *s/ Richard J. Arcara*
              HONORABLE RICHARD J. ARCARA
              UNITED STATES DISTRICT JUDGE

DATED: January 17, 2012